**TRANS-TEC**
A DBA/DIVISION OF WORLD FUEL SERVICES EUROPE LTD.
8TH FLOOR, 62 BUCKINGHAM GATE
LONDON, SW1E 6AJ, UK
VAT# GB 835 9721 95

## INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 108747 | 169455-32501 | 31-OCT-14 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: www.wfscorp.com

WIRE TRANSFER FUNDS TO:
Bank of America N.A. New York, NY
SWIFT: BOFAUS3N
FedWire ABA: 026009593
ACCT: World Fuel Services Europe, Ltd
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

M/V KONSTANTINOS D. AND/OR HER OWNERS/OPERATORS AND
COPENSHIP BULKERS A/S
HAABETS ALLE 26 B
BROENSHOEJ DK 2700
DENMARK

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO NO. | TERMS |
|---|---|---|---|---|---|
| 23-OCT-14 | - | N/A | N/A | 2708019 | 30 DDD BY T/T |

| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
|---|---|---|---|---|---|
| KONSTANTINOS D. | KAVKAZ | RUSSIAN FEDERATION | TBN | N/A | 22-NOV-14 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | | TAX AMOUNT | | INVOICE AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | RUB | USD | RUB | USD | RUB | USD |
| 380CST / RMG380 MAX 3.5%S(10) | 900.0000 MTN | 438.00000 USD/MTN | 16,436,169.00 | 394,200.00 | 0.00 | 0.00 | 16,436,169.00 | 394,200.00 |
| MGO / DMA MAX 0.1%S(10) | 60.0000 MTN | 939.00000 USD/MTN | 2,349,096.30 | 56,340.00 | 0.00 | 0.00 | 2,349,096.30 | 56,340.00 |
| | | | 18,785,265.30 | 450,540.00 | 0.00 | 0.00 | 18,785,265.30 | 450,540.00 |

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
REGISTERED OFFICE: Dentons Secretaries Limited, One Fleet Place, London, EC4M 7WS; U.K.REG. IN ENGLAND: 04846814 VAT NUMBER: GB835 972195

| MAIL INSTRUCTIONS | EXCHANGE RATE | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT | |
|---|---|---|---|---|---|
| REGULAR MAIL | 41.69500 RUB/USD | RU-32501-1410-64099 | N/A | USD | 450,540.00 |

# BUNKER DELIVERY RECEIPT
## Судовая бункерная расписка

| Supplier, address, telephone number/ Поставщик, адрес, номер телефона: GLOBAL BUNKERING LTD | |
|---|---|
| Contract №/ Контракт №: DEZ - 02/2012 ОТ 08.06.2012 | |
| Vessel name/Судно: "KONSTANTINOS D" IMO number/номер ИМО 9181041 | Owner/Владелец: VERGINA I SHIPPING LTD |
| Flag/Флаг: LIBERIA | Port of supply/Порт бункеровки: ПОРТ КАВКАЗ |
| supplying tanker / танкер бункеровщик | Date of supply/Дата бункеровки: 23.10.14 |
| Tanker alongside/Пришвартован: | Pumping started/Начало работы: 22:00 |
| Pumping finished / Конец работы: | Retained sample/Проба №: 14346025,14346026,14346027,14346028. |
| Main specification data/ Основные показатели качества топлива | Number grade/Вид топлива: Мазут топочный / IFO |
| Density, kg/m3, at C/ Плотность при C, кг/м3: | 0,97 |
| Sulphur/Сера, %: | 2,5 |
| Water/Вода, %: | |
| Tank temperature/температура топлива, С: | |
| Volume, m3/Объем, м3: | |
| Quantity in metric tons/Количество в метрических тоннах: | 900 (ДЕВЯТЬСОТ)ТОНН |

Fuel oil supplied is in conformity with regulation 14 (1) or (4)(a) and regulation 18 (1) Annex VI of MARPOL 73/78. Поставленное жидкое топливо соответствует правилу 14 (1) или (4)(a) и правилу 18 (1) Приложения VI МАРПОЛ 73/78.

I hereby certify that the due quantities of declared petroleum products have been received by me and filled into the engines bunker tanks of my vessel. I am fully aware that the quantity of declared petroleum products are supplied to my vessel as sea stores without payment of customs duty and shall be user solely by my vessel. I understand that a breach of this condition is an infringement and I hereby take responsibility for any violation of this statement.

Настоящим заявляю, что мною получено и залито в бункерные танки машинного отделения нефтепродуктов. Я полностью осознаю, что полученное топливо принято как судовой припас без уплаты наложенной пошлины и будет использовано для нужд моего судна. Я понимаю, что несоблюдение данного условия рассматривается как нарушение и настоящим беру на себя ответственность за уклонение от выполнения данного утверждения.

Bunker and Samples received in good condition and in due quantity.
Бункер и пробы приняты в хорошем состоянии и в надлежащем количестве.

Strictly for charterers account
No liability accepted by ship and/or her owners.

| Master/Chief engineer Капитан/старший механик | Master/Chief engineer of supplying tanker Капитан/старший механик бункеровщика Stamp/печать |

For the account of the Master on behalf of Owners/charterers of (от имени Капитана и по поручению судовладельца/ фрахтователя).

# BUNKER DELIVERY RECEIPT
## Судовая бункерная расписка

| Supplier, address, telephone number/<br>Поставщик, адрес, номер телефона:<br><br>GLOBAL BUNKERING LTD | |
|---|---|
| Contract №/ Контракт №: DEZ - 02/2012 ОТ 08.06.2012 | |
| Vessel name/Судно: "KONSTANTINOS D"<br>IMO number/номер IMO 9181041 | Owner/Владелец:<br>VERGINA I SHIPPING LTD |
| Flag/Флаг: LIBERIA | Port of supply/Порт бункеровки: ПОРТ КАВКАЗ |
| supplying tanker /танкер бункеровщик | Date of supply/Дата бункеровки: 23.10.14 |
| Tanker alongside/Пришвартован: | Pumping started/Начало работы: 22:00 |
| Pumping finished/Конец работы: | Retained sample/Проба №: 14346021,14346022,14346023,14346024, |
| Main specification data/<br>Основные показатели качества топлива | Number grade/Вид топлива:<br>MGO |
| Density, kg/m3, at C/Плотность при C, кг/м3: | 0,86 |
| Sulphur/Сера, %: | 0,07 |
| Water/Вода, %: | |
| Tank temperature/температура топлива, C: | |
| Volume, m3/Объем, м3: | |
| Quantity in metric tons/Количество в метрических тоннах: | |
| | 60 (ШЕСТЬДЕСЯТ)ТОНН |

Fuel oil supplied is in conformity with regulation 14 (1) or (4)(a) and regulation 18 (1) Annex VI of MARPOL 73/78. Поставленное жидкое топливо соответствует правилу 14 (1) или (4)(а) и правилу 18 (1) Приложения VI МАРПОЛ 73/78.

I hereby certify that the due quantities of declared petroleum products have been received by me and filled into the engines bunker tanks of my vessel. I am fully aware that the quantity of declared petroleum products are supplied to my vessel as sea stores without payment of customs duty and shall be user solely by my vessel. I understand that a breach of this condition is an infringement and I hereby take responsibility for any violation of this statement.

Настоящим заявляю, что мною получено и залито в бункерные танки машинного отделения надлежащее количество заявленных нефтепродуктов. Я полностью осознаю, что полученное топливо принято как судовой припас без уплаты таможенной пошлины и будет использовано для нужд моего судна. Я понимаю, что несоблюдение данного условия рассматривается как нарушение и настоящим беру на себя ответственность за уклонение от выполнения данного утверждения.

Bunker and Samples received in good condition and in due quantity.
Бункер и пробы приняты в хорошем состоянии и в надлежащем количестве.

Strictly for charterers account.
No liability accepted by ship and/or her owners

Master/Chief engineer                                Master/Chief engineer of supplying tanker
Капитан/старший                                      Капитан/старший механик бункеровщика
механик                                              Stamp/печать
Stamp/печать

For the account of the Master and on behalf of
Owners/charterers of (от имени Капитана и по
поручению судовладельцев/фрахтователей)

FELIX                                                                                              Page 1 of 1

*Customer Copy*

```
02-OCT-2014 13:03 GMT

TO          : COPENSHIP BULKERS A/S
ATTN        : SISSI QUACH
FROM        : TRANS-TEC

THANK YOU FOR YOUR ORDER.
TRANS-TEC CONFIRMS HAVING PLACED THE FOLLOWING FIRM ORDER:

VESSEL      : KONSTANTINOS D.
IMO or WFS Reference Number 9181041 (Included for reference purposes only)
PORT        : KAVKAZ, RUSSIA
DATE        : 03-OCT-2014
AGENT       : SVL MARINE TRANSPORT SERVICES

SELLER      : TRANS-TEC
              A DBA/DIVISION OF WORLD FUEL SERVICES EUROPE LTD
PAYMENT TERMS : 30 DDO BY--
BUYER       : MV KONSTANTINOS D. AND HER OWNERS/OPERATORS AND
              COPENSHIP BULKERS A/S


PHYSICAL    : GLOBAL BUNKERING LTD

FUEL GRADE/SPEC : 380CST/ISO 8217:2010:RMG380 MAX 3.5%S
QUANTITY    : 900.00 MTONS
PRICE       : USD 438.00 /MTONS DELIVERED

FUEL GRADE/SPEC : MGO/ISO 8217:2010:DMA MAX 0.1%S
QUANTITY    : 60.00 MTONS
PRICE       : USD 939.00 / MTONS DELIVERED

REMARKS: SUPPLIER WILL TRY TO ORGANISE DELIVERY BEFORE CARGO OPS OR DURING BREAKS IN CARGO OPS - BUT THIS IS NOT GUARANTEED AND DELIVERY MIGHT TAKE PLACE AFTER CARGO OPS.


* OVERTIME/DEMURRAGE/OTHER CHARGES (IF ANY) AT COST FOR BUYERS ACCOUNT.
* PLS ENSURE CLOSE COORDINATION BETWEEN AGENT/LOCAL SUPPLIER AT ALL TIMES.
* PLS INFORM US BY RETURN IF ANY ERRORS/OMISSIONS OR CHANGES IN THE ABOVE.
ALL SALES ARE ON THE CREDIT OF THE VSL. BUYER IS
PRESUMED TO HAVE AUTHORITY TO BIND THE VSL WITH A
MARITIME LIEN. DISCLAIMER STAMPS PLACED BY VSL
ON THE BUNKER RECEIPT WILL HAVE NO EFFECT AND DO
NOT WAIVE THE SELLER'S LIEN. THIS CONFIRMATION IS
GOVERNED BY AND INCORPORATES BY REFERENCE SELLER'S
GENERAL TERMS AND CONDITIONS IN EFFECT AS OF THE
DATE THAT THIS CONFIRMATION IS ISSUED. THESE
INCORPORATED AND REFERENCED TERMS CAN BE
FOUND AT WWW.WFSCORP.COM.
ALTERNATIVELY, YOU MAY INFORM US IF YOU REQUIRE A
COPY AND SAME WILL BE PROVIDED TO YOU.

WHEN APPLICABLE BY LAW IN THE COUNTRY OF SUPPLY, BUNKER DELIVERY WILL COMPLY
WITH REGULATIONS 14 AND 18 OF MARPOL ANNEX VI

IN ACCORDANCE WITH SELLER'S TRADE SANCTIONS POLICIES
AND PROCEDURES, SELLER (I) MAY NOT BE ABLE TO BUNKER
VESSELS THAT HAVE VISITED CUBA/IRAN/SYRIA/SUDAN IN
THE 30 DAYS PRECEDING THE BUNKERING DATE,
(II) CANNOT BUNKER VESSELS THAT ARE SCHEDULED TO
VISIT CUBA/IRAN/SYRIA/SUDAN IN THE 45 DAYS FOLLOWING
THE BUNKERING DATE, AND (III) CANNOT BUNKER VESSELS
THAT ARE TRANSPORTING GOODS/CRUDE/CARGO OF
PREDOMINANTLY (50% OR MORE) CUBA/IRAN/SYRIA/SUDAN
ORIGIN. BUYER ACKNOWLEDGES AND AGREES THAT SELLER IS
REQUIRED TO COMPLY WITH APPLICABLE TRADE SANCTIONS
REGULATIONS AND HEREBY REPRESENTS AND WARRANTS THAT,
TO THE BEST OF BUYER'S KNOWLEDGE, NONE OF THE ABOVE
CONDITIONS APPLY. UPON DISCOVERY OR REASONABLE BELIEF
BY SELLER THAT ANY OF THESE 3 CONDITIONS APPLY, THE
DELIVERY WILL BE CANCELLED AT NO COST TO EITHER PARTY.

Kind regards

Bjorn Moeller
World Fuel Services Denmark ApS
Torvebyen 8, 1 TH.
4600 Koege, Denmark

Work:  +45 56788200
Cell:  +45 24630839
Fax:   +45 56788222
Yahoo: bjorn_wfs

MSG#: 2708019
```